# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10931-MDC

SHANTA S THOMAS

6230 GILLESPIE STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHANTA S THOMAS

6230 GILLESPIE STREET

PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

MICHAEL A SIDDONS
230 N. MONROE STREET
P.O. BOX 403
MEDIA, PA 19063-

Date: 6/16/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee