# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Shanta S Thomas**                                                              Case No.  **21-10931**

Debtor(s)                                          Chapter  **13**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on  **October 6, 2021**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  **October 6, 2021**                                  Signature  **/s/ Shanta S Thomas**
                                                                                    **Shanta S Thomas**
                                                                                    Debtor

Attorney  **/s/ Michael Alan Siddons**
                **Michael Alan Siddons**

**Law Office of Michael Alan Siddons Esq.**
**230 N. Monroe Street**
**Media, PA 19063**
**610-255-7500**
**Fax: 844-448-7417**
**msiddons@siddonslaw.com**