United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10931-mdc |
| Shanta S Thomas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2021 | Form ID: 210U | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanta S Thomas, 6230 Gillespie Street, Philadelphia, PA 19135-3215 |
| 14597334 | + | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422-0287 |
| 14597335 | + | Auto Trakk, Llc, 1500 Sycamore Rd, Montoursville, PA 17754-9416 |
| 14597342 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14597343 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14597659 | + | LTD ACQUISITIONS, LLC, 3200 Wilcrest Dr. Suite 600, HOUSTON, TX 77042-6000 |
| 14597345 | | Ltd Acquistn, 3200 Wilcrest, Pearland, TX 77581 |
| 14607276 | + | PHFA, c/o Rebecca Solarz, Esq., 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 14607164 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14597351 | + | Pennsylvania Auto Cred, 165 Lincoln Hwy, Fairless Hills, PA 19030-1012 |
| 14597352 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14613781 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14597356 | + | Synovuscards, P.o. Box 23061, Columbus, GA 31902-3061 |
| 14597357 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14615759 | + | U.S. Bank National Association (Trustee for the Pe, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 06 2021 23:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2021 23:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14597336 | | Email/Text: lisa.allen@bucks.edu | Oct 06 2021 23:24:00 | Bucks County Community College, 275 Swamp Road, Newtown, PA 18940 |
| 14615993 | | Email/Text: megan.harper@phila.gov | Oct 06 2021 23:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14597337 | + | Email/Text: synovusbankruptcy@synovus.com | Oct 06 2021 23:24:00 | Columbus Bank & Trust, P.o. Box 23061, Columbus, GA 31902-3061 |
| 14597338 | + | Email/Text: bankruptcy@credencerm.com | Oct 06 2021 23:24:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 14597502 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 06 2021 23:24:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14597339 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 06 2021 23:24:00 | Credit Acceptance Corp, Po Box 5070, Southfield, |

Case 21-10931-mdc   Doc 41   Filed 10/08/21   Entered 10/09/21 00:32:52   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 210U | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MI 48086-5070 |
| 14597340 | + | Email/PDF: pa_dc_ed@navient.com | Oct 06 2021 23:34:34 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14597341 | + | Email/Text: bknotice@ercbpo.com | Oct 06 2021 23:24:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14597344 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2021 23:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14598927 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 06 2021 23:24:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14599086 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 06 2021 23:24:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14597346 | + | Email/PDF: pa_dc_claims@navient.com | Oct 06 2021 23:34:27 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14600845 | | Email/PDF: pa_dc_claims@navient.com | Oct 06 2021 23:23:51 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14601062 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 06 2021 23:24:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 14597347 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 06 2021 23:24:00 | Navy Fcu, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14597348 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 06 2021 23:24:00 | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14597349 | + | Email/Text: bnc@nordstrom.com | Oct 06 2021 23:24:24 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14597350 | + | Email/Text: blegal@phfa.org | Oct 06 2021 23:24:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14613559 | + | Email/Text: blegal@phfa.org | Oct 06 2021 23:24:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14613575 | + | Email/Text: blegal@phfa.org | Oct 06 2021 23:24:00 | Pennsylvania Housing Finance Agency, 211 N. Front St., Hbg., PA 17101-1406 |
| 14611073 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 06 2021 23:24:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14597354 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 06 2021 23:34:29 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 14599822 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 06 2021 23:34:29 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14597355 | + | Email/PDF: pa_dc_claims@navient.com | Oct 06 2021 23:34:23 | Sallie Mae, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14597358 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 06 2021 23:24:00 | Webbank/fingerhut Fres, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14597353 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Philadelphia Water Department, 1101 Market Street, 5th Floor, Philadelphia, PA 19107 |
| 14607278 | *+ | PHFA, c/o Rebecca Solarz, Esq., 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 06, 2021 | Form ID: 210U | Total Noticed: 43

14613938　　*+　　Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PHFA lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor Shanta S Thomas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Shanta S Thomas						Case No: 21−10931−mdc

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 10/6/21

For The Court

Timothy B. McGrath
Clerk of Court

38
Form 210U