United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-10931-mdc

Shanta S Thomas                                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 3

Date Rcvd: Oct 07, 2021                       Form ID: 309A                                   Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanta S Thomas, 6230 Gillespie Street, Philadelphia, PA 19135-3215 |
| 14597334 | + | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422-0287 |
| 14597335 | + | Auto Trakk, Llc, 1500 Sycamore Rd, Montoursville, PA 17754-9416 |
| 14597342 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14597659 | + | LTD ACQUISITIONS, LLC, 3200 Wilcrest Dr. Suite 600, HOUSTON, TX 77042-6000 |
| 14597345 | | Ltd Acquistn, 3200 Wilcrest, Pearland, TX 77581 |
| 14597351 | + | Pennsylvania Auto Cred, 165 Lincoln Hwy, Fairless Hills, PA 19030-1012 |
| 14597352 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14597356 | + | Synovuscards, P.o. Box 23061, Columbus, GA 31902-3061 |
| 14597357 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14615759 | + | U.S. Bank National Association (Trustee for the Pe, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: msiddons@siddonslaw.com | Oct 07 2021 23:16:00 | MICHAEL ALAN SIDDONS, Law Office of Michael Alan Siddons Esq, 230 N. Monroe Street, PO Box 403, Media, PA 19063 |
| tr | EDI: BTPDERSHAW.COM | Oct 08 2021 03:18:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | Email/Text: megan.harper@phila.gov | Oct 07 2021 23:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Oct 08 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2021 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 07 2021 23:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 07 2021 23:16:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14597336 | Email/Text: lisa.allen@bucks.edu | Oct 07 2021 23:16:00 | Bucks County Community College, 275 Swamp Road, Newtown, PA 18940 |
| 14615993 | Email/Text: megan.harper@phila.gov | Oct 07 2021 23:16:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14597337 | + Email/Text: synovusbankruptcy@synovus.com | | |

District/off: 0313-2                    User: admin                                   Page 2 of 3
Date Rcvd: Oct 07, 2021                  Form ID: 309A                           Total Noticed: 42

|  |  | Oct 07 2021 23:16:00 | Columbus Bank & Trust, P.o. Box 23061, Columbus, GA 31902-3061 |
| 14597338 | + Email/Text: bankruptcy@credencerm.com | Oct 07 2021 23:16:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 14597502 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 07 2021 23:16:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14597339 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 07 2021 23:16:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14597340 | + EDI: NAVIENTFKASMDOE.COM | Oct 08 2021 03:18:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14597341 | + Email/Text: bknotice@ercbpo.com | Oct 07 2021 23:16:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14597343 | + EDI: AMINFOFP.COM | Oct 08 2021 03:18:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14597344 | + EDI: IRS.COM | Oct 08 2021 03:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14598927 | + EDI: NFCU.COM | Oct 08 2021 03:18:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14599086 | + Email/Text: ecfbankruptcy@progleasing.com | Oct 07 2021 23:16:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14597346 | + EDI: NAVIENTFKASMSERV.COM | Oct 08 2021 03:18:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14600845 | EDI: NAVIENTFKASMSERV.COM | Oct 08 2021 03:18:00 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14601062 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 07 2021 23:16:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 14597347 | + EDI: NFCU.COM | Oct 08 2021 03:18:00 | Navy Fcu, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14597348 | + EDI: NFCU.COM | Oct 08 2021 03:18:00 | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14597349 | + Email/Text: bnc@nordstrom.com | Oct 07 2021 23:16:49 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14597350 | + Email/Text: blegal@phfa.org | Oct 07 2021 23:16:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14613938 | + Email/Text: blegal@phfa.org | Oct 07 2021 23:16:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14611073 | + EDI: JEFFERSONCAP.COM | Oct 08 2021 03:18:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14597354 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 07 2021 23:26:39 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 14599822 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 07 2021 23:26:39 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14597355 | + EDI: NAVIENTFKASMSERV.COM | Oct 08 2021 03:18:00 | Sallie Mae, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14597358 | + EDI: BLUESTEM | Oct 08 2021 03:18:00 | Webbank/fingerhut Fres, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 32

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 309A | Total Noticed: 42 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14597353 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Philadelphia Water Department, 1101 Market Street, 5th Floor, Philadelphia, PA 19107 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021                    Signature:        /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Shanta S Thomas**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–1194<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:  Eastern District of Pennsylvania | | Date case filed in chapter:  13  4/7/21 | |
| Case number:  21–10931–mdc | | Date case converted to chapter:  7  10/6/21 | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Shanta S Thomas | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 6230 Gillespie Street<br>Philadelphia, PA 19135 | |
| 4. | Debtor's attorney<br>Name and address | MICHAEL ALAN SIDDONS<br>Law Office of Michael Alan Siddons Esq<br>230 N. Monroe Street<br>PO Box 403<br>Media, PA 19063 | Contact phone 484–614–6546<br>Email: msiddons@siddonslaw.com |
| 5. | Bankruptcy trustee<br>Name and address | TERRY P. DERSHAW<br>Dershaw Law Offices<br>P.O. Box 556<br>Warminster, PA 18974–0632 | Contact phone (484) 897–0341<br>Email: td@ix.netcom.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor  **Shanta S Thomas**                                                    Case number **21–10931–mdc**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 10/7/21 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 10, 2021 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/9/22** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |