Certificate Number: 03088-PAE-DE-036202484

Bankruptcy Case Number: 21-10931



03088-PAE-DE-036202484

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 14, 2021</u>, at <u>11:09</u> o'clock <u>AM CST</u>, <u>Shanta Thomas</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>December 14, 2021</u>           By:     <u>/s/Doug Tonne</u>

                                        Name:   <u>Doug Tonne</u>

                                        Title:  <u>Counselor</u>