United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-10931-mdc

Shanta S Thomas                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Feb 03, 2022                       Form ID: 318                        Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanta S Thomas, 6230 Gillespie Street, Philadelphia, PA 19135-3215 |
| 14597334 | + | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422-0287 |
| 14597335 | + | Auto Trakk, Llc, 1500 Sycamore Rd, Montoursville, PA 17754-9416 |
| 14650566 | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14597342 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14597659 | + | LTD ACQUISITIONS, LLC, 3200 Wilcrest Dr. Suite 600, HOUSTON, TX 77042-6000 |
| 14597345 | | Ltd Acquistn, 3200 Wilcrest, Pearland, TX 77581 |
| 14597351 | + | Pennsylvania Auto Cred, 165 Lincoln Hwy, Fairless Hills, PA 19030-1012 |
| 14597352 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14597356 | | Synovuscards, P.o. Box 23061, Columbus, GA 31902-3061 |
| 14597357 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14615759 | + | U.S. Bank National Association (Trustee for the Pe, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Feb 04 2022 08:13:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 04 2022 03:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 04 2022 08:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2022 03:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14597336 | | Email/Text: lisa.allen@bucks.edu | Feb 04 2022 03:18:00 | Bucks County Community College, 275 Swamp Road, Newtown, PA 18940 |
| 14615993 | | Email/Text: megan.harper@phila.gov | Feb 04 2022 03:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14597337 | + | Email/Text: synovusbankruptcy@synovus.com | Feb 04 2022 03:18:00 | Columbus Bank & Trust, P.o. Box 23061, Columbus, GA 31902-3061 |
| 14597338 | + | Email/Text: bankruptcy@credencerm.com | Feb 04 2022 03:18:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 14597502 | + | Email/Text: ebnnotifications@creditacceptance.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
--- | --- | ---
Date Rcvd: Feb 03, 2022 | Form ID: 318 | Total Noticed: 41

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Feb 04 2022 03:18:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14597339 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 04 2022 03:18:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14597340 | + | EDI: NAVIENTFKASMDOE.COM | Feb 04 2022 08:13:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14597341 | + | Email/Text: bknotice@ercbpo.com | Feb 04 2022 03:18:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14597343 | + | EDI: AMINFOFP.COM | Feb 04 2022 08:13:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14597344 | + | EDI: IRS.COM | Feb 04 2022 08:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14598927 | + | EDI: NFCU.COM | Feb 04 2022 08:13:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14599086 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 04 2022 03:18:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14597346 | + | EDI: NAVIENTFKASMSERV.COM | Feb 04 2022 08:13:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14600845 | | EDI: NAVIENTFKASMDOE.COM | Feb 04 2022 08:13:00 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14601062 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 04 2022 03:18:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 14597347 | + | EDI: NFCU.COM | Feb 04 2022 08:13:00 | Navy Fcu, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14597348 | + | EDI: NFCU.COM | Feb 04 2022 08:13:00 | Navy Federal Cr Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14597349 | + | Email/Text: bnc@nordstrom.com | Feb 04 2022 03:18:55 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14597350 | + | Email/Text: blegal@phfa.org | Feb 04 2022 03:18:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14613938 | + | Email/Text: blegal@phfa.org | Feb 04 2022 03:18:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14611073 | + | EDI: JEFFERSONCAP.COM | Feb 04 2022 08:13:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14597354 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 04 2022 03:33:15 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 14599822 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 04 2022 03:33:15 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14597355 | + | EDI: NAVIENTFKASMSERV.COM | Feb 04 2022 08:13:00 | Sallie Mae, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14597358 | + | EDI: BLUESTEM | Feb 04 2022 08:13:00 | Webbank/fingerhut Fres, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID          Bypass Reason    Name and Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: 318 | Total Noticed: 41 |

14597353      *P++      CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD
5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Philadelphia Water Department, 1101 Market Street,
5th Floor, Philadelphia, PA 19107

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com |
| LEON P. HALLER | on behalf of Creditor PHFA lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL ALAN SIDDONS | on behalf of Debtor Shanta S Thomas msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com;ecf@casedriver.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PHFA bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| TERRY P. DERSHAW | td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td><td></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Shanta S Thomas** | Social Security number or ITIN   xxx–xx–1194 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number:   21–10931–mdc | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shanta S Thomas

2/3/22

**By the court:** Magdeline D. Coleman
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**